## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 18-cv-01763-MEH

VAIL SUMMIT RESORTS, INC., a Colorado corporation,

Plaintiff

v.

ZIP-FLYER, LLC, a Kentucky limited liability company;
ZIP-FLYER, LLC, a New York limited liability company;
and SHAWN LERNER, an individual and doing business as Zip-Flyer, LLC

Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

COMES NOW, Jason B. Wesoky, Kylie M. Schmidt, and the law firm of Darling Milligan PC ("Counsel"), pursuant to D.C. COLO.LAttyR 5(b), hereby submit the following  Motion to Withdraw as Counsel of Record for Defendants, Zip Flyer, LLC (KY); Zip Flyer, LLC (NY); and Shawn Lerner (collectively "Defendants"):

1.    Good cause exist for withdrawal, on the grounds that Defendants have failed to substantially fulfill an obligation to Counsel regarding the Counsel's services, and has been given reasonable warning that Counsel will withdraw unless the obligation has been fulfilled. *See* Colorado Rules of Professional Conduct 1.16(b)(4).

2.    Continued representation of Defendants by Counsel will result in an unreasonable financial burden on the lawyer and has been rendered difficult by the client. *See id.* at 1.16(b)(5). The rules of professional conduct prohibit counsel from disclosing the nature of communications.

3.   On October 21, 2020, counsel complied with the notification requirements of D.C. COLO. L.Civ.R. 5(b) and has attached the Notice of Withdrawal of Appearance as Exhibit "1" hereto.

4.   In addition to the Notice of Withdrawal of Appearance, the undersigned has communicated both by email the reasons for the request to withdraw, which comply with the rules of professional conduct.

5.   The undersigned will take steps to the extent reasonably practicable to protect Defendants' interests, such as giving reasonable notice to Defendants, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled and refunding any advance payment of fee or expense that has not been earned or incurred. Counsel may retain papers relating to the client to the extent permitted by other law. *See* Colorado Rules of Professional Conduct 1.16(d).

6.   This motion is made well in advance of the June 1, 2021 trial so that Defendants can retain replacement counsel. Also, discovery and motions practice is complete.

7.   The relief requested in this Motion is sought in good faith and not for the purposes of delay.

## RULE 7.1(A) CERTIFICATION

Mr. Wesoky conferred with counsel for Plaintiff concerning the relief requested herein. Plaintiff takes no position regarding this Motion.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit Jason B. Wesoky, Kylie M. Schmidt, and the law firm of Darling Milligan PC to withdraw as counsel for Defendants in this case, and that the Clerk of the Court be directed to terminate undersigned as counsel of record in this action.

Respectfully submitted this 23rd day of October 2020.

/s/Jason B. Wesoky
Jason B. Wesoky
Kylie M. Schmidt
DARLING MILLIGAN PC
1331 17th Street, Suite 800
Denver, Colorado 80202
Telephone:     (303)623-9133
Facsimile:      (303)623-9129
jwesoky@darlingmilligan.com
kschmidt@darlingmilligan.com
Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 23rd day of October 2020, a true and correct copy of the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed and served via CM/ECF on the following:

E. Tim Walker
Alison K. Toivola
Vail Resorts Management Company
Legal Department
390 lnterlocken Crescent
Broomfield, CO 80021
Etwalker@vailresorts.com
Aktoivola@vailresorts.com
*Attorneys for Plaintiff*

*/s/ LeighAn M. Jaskiewicz*
LeighAn M. Jaskiewicz