# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 18-cv-01763-MEH

VAIL SUMMIT RESORTS, INC., a Colorado corporation,

  Plaintiff

v.

ZIP-FLYER, LLC, a Kentucky limited liability company;
ZIP-FLYER, LLC, a New York limited liability company;
and SHAWN LERNER, an individual and doing business as Zip-Flyer, LLC

  Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

  In accordance with D.C. COLO.LAttyR 5(b) and Rule 1.16 of the Colorado Rules of Professional Conduct, the undersigned hereby certifies as follows:

  1. The undersigned intends to withdraw as attorney of record for Defendants, Zip Flyer, LLC (KY); Zip Flyer, LLC (NY); and Shawn Lerner, individually.

  2. The undersigned hereby notifies Defendants of the following: (a) Defendants are personally responsible for complying with all court orders and time limitations established by any applicable rules; and (b) Defendants Zip Flyer, LLC (KY); Zip Flyer, LLC (NY) cannot appear without counsel admitted to practice before this Court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

3.     The undersigned hereby notifies Defendants of the following: (a) trial Preparation Conference is scheduled for May 18, 2021 at 10:30 a.m; (b) trial is set for four days, to a jury, beginning on June 1, 2021, at 9:00 a.m. in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado; and (c) the parties shall arrive by 8:30 a.m.

Respectfully submitted this 23rd day of October 2020.

> */s/Jason B. Wesoky*
> Jason B. Wesoky
> Kylie M. Schmidt
> DARLING MILLIGAN PC
> 1331 17th Street, Suite 800
> Denver, Colorado 80202
> Telephone:    (303)623-9133
> Facsimile:    (303)623-9129
> jwesoky@darlingmilligan.com
> kschmidt@darlingmilligan.com
> Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of October 2020, a true and correct copy of the above and foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** was filed and served on the following parties as indicated below:

| | |
|---|---|
| CM/ECF<br>E. Tim Walker<br>Alison K. Toivola<br>Vail Resorts Management Company<br>Legal Department<br>390 lnterlocken Crescent<br>Broomfield, CO 80021<br>Etwalker@vailresorts.com<br>Aktoivola@vailresorts.com<br>*Attorneys for Plaintiff* | U.S. Mail<br>Shawn Lerner<br>40 Birch Drive<br>Roslyn, NY 11576 2305 |

*/s/LeighAn M. Jaskiewicz*
LeighAn M. Jaskiewicz, Paralegal