IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 18-cv-1763-MEH | Date: November 4, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR: Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

VAIL SUMMIT RESORTS, INC.,                      Alison Toivola (by person)

   Plaintiff,

v.

ZIP-FLYER, LLC, et al.,                                  Jason Wesoky
                                                               Kylie Schmidt (by phone)

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**Court in session:**     2:01 p.m.

Court calls case. Appearances of counsel and Defendant Shawn Lerner by phone.

This matter is before the Court regarding the Defendants' pending [ECF 129] *Motion to Withdraw as Attorney Jason B Wesoky and Kylie M. Schmidt*.

The Court directs Plaintiff's counsel to temporarily leave the hearing for 10 minutes to allow Defendant Shawn Lerner and his attorneys to speak with the Court regarding issues related to the Motion. The record will be sealed, **Restricted Level 2**, with access only to the Court and the Defendants.

For the reasons set forth on the record, it is **ORDERED** the Motion is **DENIED WITHOUT PREJUDICE** and the Court will attempt to find Pro Bono Counsel for the Defendants

**Court in recess:**     2:20 p.m.     Hearing concluded.
Total in-court time:     00:19

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.