IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 18-cv-01763-MEH

VAIL SUMMIT RESORTS, INC., a Colorado corporation,

Plaintiff

v.

ZIP-FLYER, LLC, a Kentucky limited liability company;
ZIP-FLYER, LLC, a New York limited liability company;
and SHAWN LERNER, an individual and doing business as Zip-Flyer, LLC

Defendants.

**RENEWED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, Jason B. Wesoky, Kylie M. Schmidt, and the law firm of Darling Milligan PC ("Counsel"), pursuant to D.C. COLO.LAttyR 5(b), hereby renew their Motion to Withdraw as Counsel of Record for Defendants, Zip Flyer, LLC (KY); Zip Flyer, LLC (NY); and Shawn Lerner (collectively "Defendants"):

1. Good cause exists for withdrawal, on the grounds that Defendants have failed to substantially fulfill an obligation to Counsel regarding the Counsel's services, and has been given reasonable warning that Counsel will withdraw unless the obligation has been fulfilled. *See* Colorado Rules of Professional Conduct 1.16(b)(4).

2. Continued representation of Defendants by Counsel will result in an unreasonable financial burden on the lawyer and has been rendered difficult by the client. *See id.* at 1.16(b)(5). The rules of professional conduct prohibit counsel from disclosing the nature of communications.

3. In addition to the good cause set forth above, Defendants have obtained counsel who recently entered their appearance in this case. *See* ECF Nos. 139, 140, 141.

4. Undersigned counsel previously complied with the notification requirements of D.C. COLO. L.Civ.R. 5(b).

5. In addition to the Notice of Withdrawal of Appearance, the undersigned has communicated both by email the reasons for the request to withdraw, which comply with the rules of professional conduct.

6. The undersigned will take steps to the extent reasonably practicable to protect Defendants' interests, such as giving reasonable notice to Defendants, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled and refunding any advance payment of fee or expense that has not been earned or incurred. Counsel may retain papers relating to the client to the extent permitted by other law. *See* Colorado Rules of Professional Conduct 1.16(d).

7. Further, undersigned counsel is currently working with Defendants' new counsel to transition the file and documents.

8. This motion is made well in advance of the June 1, 2021 trial. Also, discovery and motions practice is complete.

9. The relief requested in this Motion is sought in good faith and not for the purposes of delay.

**RULE 7.1(A) CERTIFICATION**

Mr. Wesoky previously conferred with counsel for Plaintiff concerning the relief requested herein and this Court has held two hearings on the matter. Plaintiff has stated it takes no position regarding this Motion.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and permit Jason B. Wesoky, Kylie M. Schmidt, and the law firm of Darling Milligan PC to withdraw as counsel for Defendants in this case, and that the Clerk of the Court be directed to terminate undersigned as counsel of record in this action.

Respectfully submitted this 25th day of February 2021.

/s/Jason B. Wesoky
Jason B. Wesoky
Kylie M. Schmidt
DARLING MILLIGAN PC
1331 17th Street, Suite 800
Denver, Colorado 80202
Telephone: (303)623-9133
Facsimile: (303)623-9129
jwesoky@darlingmilligan.com
kschmidt@darlingmilligan.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

        I certify that on the 25th day of February 2021, a true and correct copy of the above and foregoing **RENEWED MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed and served via CM/ECF on all counsel of record:

| | |
|---|---|
| E. Tim Walker | Roderick O'Dorisio |
| Alison K. Toivola | Norton Cutler |
| Vail Resorts Management Company | Marcus Haggard |
| Legal Department | PERKINS COIE LLP |
| 390 lnterlocken Crescent | 1900 Sixteenth Street, Suite 1400 |
| Broomfield, CO 80021 | Denver, CO 80202 |
| Etwalker@vailresorts.com | Telephone: (303) 291-2300 |
| Aktoivola@vailresorts.com | Facsimile: (303) 291-2400 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

        */s/LeighAn M. Jaskiewicz*
        LeighAn M. Jaskiewicz