IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01763-MEH

VAIL SUMMIT RESORTS, INC.,

   Plaintiff,

v.

ZIP-FLYER, LLC, a Kentucky limited liability company,
ZIP-FLYER, LLC, a New York limited liability company, and
SHAWN LERNER,

   Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2021.**

   The Renewed Motion to Withdraw as Counsel of Record [filed February 25, 2021; ECF 142] is **granted**. Jason Bryan Wesoky's and Kylie Marie Schmidt's representation of Defendants in this case is terminated. Defendants will continue to be represented by L. Norton Cutler, Marcus Aaron Haggard, and Roderick Jess O'Dorisio of Perkins Coie LLP.